**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TERRANCE PROCTOR                                                                                          PLAINTIFF
ADC #87410

V.                                            NO: 5:10CV00318 JMM/HDY

RANDALL E. MANUS *et al.*                                                                           DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE