**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

TERRANCE PROCTOR                                                                                    PLAINTIFF
ADC #87410

V.                                              NO: 5:10CV00318 JMM

RANDALL E. MANUS *et al.*                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE